IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
| --- | --- | --- |
| | : | |
| **SCOTT A. CARMINO** | : | Case No.    **18-24604-TPA** |
| | : | |
| Debtor | : | Doc No. |

## EMPLOYEE INCOME RECORD

| Date | 6/1/2018 | 7/1/2018 | 8/1/2018 | 9/1/2018 | 10/1/2018 | 11/1/2018 |
| --- | --- | --- | --- | --- | --- | --- |
| Husband Take Home | $ 5,382.00 | $ 5,382.00 | $ 5,382.00 | $ 5,382.00 | $ 5,382.00 | $ 5,382.00 |
| Wife Take Hone | $   - | $   - | $   - | $   - | $   - | $   - |

Tara Carmino has no income

| Total | $ 5,382.00 | $ 5,382.00 | $ 5,382.00 | $ 5,382.00 | $ 5,382.00 | $ 5,382.00 |
| --- | --- | --- | --- | --- | --- | --- |

DATED:   12/26/2018

/s/ Michael S. Geisler

_____
**MICHAEL S. GEISLER, ESQUIRE**

201 Penn Center Blvd, Suite 524
Pittsburgh, PA 15235

Tele: (412) 613-2133
Pa. I.D. No. 39414
E-Mail: m.s.geisler@att.net