IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **18-24604-TPA** |
| **Scott A. Carmino** | : | |
| | : | Chapter **13** |
| Debtor | : | |
| | : | Related to Document No. |
| **Scott A. Carmino** | : | |
| Movant | : | |
| v. | : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,  __**Michael S. Geisler, Esquire**__  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Michael S. Geisler, Esquire**
Signature
**Michael S. Geisler, Esquire**
Typed Name
**Attorney-at-Law**
**201 Penn Center Blvd., Suite 524**
**Pittsburgh, PA 15235**
Address
**(412) 613-2133 Fax:(412) 372-2513**
Phone No.
**Pa I.D. No. 39414 PA**
List Bar I.D. and State of Admission

Autotrakk, LLC.
1500 Sycamore Road, Suite 200
Montoursville, PA 17754

Capital One
P.O. Box 30281
Salt Lake City, UT 84130

Crescent Bank and Trust
5401 Jefferson Highway, Suite D
New Orleans, LA 70123

First Premier Bank
601 S Minnesota Avenue
Sioux Falls, SD 57104

Franklin American Mortgage
425 Phillips Blvd.
Trenton, NJ 08618

Global Payment
P.O. Box 61158
Chicago, IL 60666

North Versailles Twp. Sanitary Auth.
1401 Greensburg Avenue, #4
Verona, PA 15147

Portfolio Recovery Associates
120 Corporate Blvd., Suite 1
Norfolk, VA 23502

Santander Consumer USA
P.O. Box 961425
Fort Worth, TX 76161

Tara Carmino
741 Prince Street
North Versailles, PA 15137

Tara Carmino
741 Prince Street
North Versailles, PA 15137

Tara Carmino
741 Prince Street
North Versailles, PA 15137

Verizon c/o American Infosource, LP
P.O. Box 248838
Oklahoma City, OK 73124-8838