IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **SCOTT A. CARMINO,** | : | Case No. **18-24604-TPA** |
| *Debtor* | : | |
| | : | Related to Doc. Nos. 9- |
| **SCOTT A. CARMINO**, | : | 11,15 |
| *Movant,* | : | |
| vs | : | Filed under Section |
| | : | 362(c)(3) of the |
| 1ST NATL BANK, AUTOTRAKK, CAPITAL ONE, CRESCENT BANK | : | Bankruptcy Code |
| AND TRUST, FIRST PREMIER BANK, FRANKLIN AMERICAN | : | |
| MORTGAGE COMPANY, FRANKLIN AMERICAN MORTGAGE, | : | Response Date: |
| GLOBAL PAYMENTS, INC., NORTH VERSAILLES SANITARY | : | 12/24/2018 |
| DEPARTMENT, PORTFOLIO RECOVERY ASSOCIATES, LLC., | : | |
| PREMIER BANKCARD, LLC., SANTANDER CONSUMER USA, | : | Hearing Date: 1/9/2019 at |
| SANTANDER CONSUMER USA and VERIZON, | : | 11:30 a.m. |
| *Respondents* | | |

## CERTIFICATE OF NO OBJECTION REGARDING
## DEBTOR'S MOTION TO EXTEND STAY

  The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **12/7/2018** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **12/24/2018.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/ Michael S. Geisler

DATED: 12/28/2018    _____

**MICHAEL S. GEISLER, ESQUIRE**
Attorney for Movant
Pa. I.D. No. 39414
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net