IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/9/19 4:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-24604-TPA |
| Scott A. Carmino | : | Chapter: | 13 |
| *Debtor(s).* | : | Date: | 1/9/2019 |
| | : | Time: | 11:30 |

## PROCEEDING MEMO

**MATTER:**   #9 Expedited Motion to Extend Automatic Stay
                     #25 CNO filed

**APPEARANCES:**
           Debtor:    Michael S. Geisler
           Trustee:   Jana Pail

**NOTES:**

           No objection

**OUTCOME:**   GRANTED /OE

jlm