FILED
1/9/19 4:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| SCOTT A. CARMINO, *Debtor* | Case No. **18-24604-TPA** |
| | Doc. No. 9 |
| SCOTT A. CARMINO, *Movant,* vs | Filed under Section 362(c)(3) of the Bankruptcy Code |
| 1ST NATL BANK, AUTOTRAKK, CAPITAL ONE, CRESCENT BANK AND TRUST, FIRST PREMIER BANK, FRANKLIN AMERICAN MORTGAGE COMPANY, FRANKLIN AMERICAN MORTGAGE, GLOBAL PAYMENTS, INC., NORTH VERSAILLES SANITARY DEPARTMENT, PORTFOLIO RECOVERY ASSOCIATES, LLC., PREMIER BANKCARD, LLC., SANTANDER CONSUMER USA, SANTANDER CONSUMER USA and VERIZON, *Respondents* | |

## ORDER OF COURT

AND NOW, this __9th__ day of __January__, 20__19__, upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED, that the automatic stay in this case is extended as to all named Respondents and will continue until further order of court.

_____ J.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-24604-TPA
Scott A. Carmino                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: jmar    Page 1 of 1    Date Rcvd: Jan 09, 2019
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2019.
db          +Scott A. Carmino,    741 Prince Street,    North Versailles, PA 15137-1137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2019 at the address(es) listed below:
       James Warmbrodt    on behalf of Creditor   Cenlar as servicer for Citizens Bank, N.A.
        bkgroup@kmllawgroup.com
       Michael S. Geisler    on behalf of Debtor Scott A. Carmino m.s.geisler@att.net,
        msgeis@yahoo.com;michaelgeisler13@gmail.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                      TOTAL: 4