MINUTES OF CHAPTER 13 § 341 MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Carmino_____ JAD/(TPA)/CMB/GLT

Case Number: __18-24604__

Date of Meeting: __2/4/19__                                    Recording # __23__
Debtor(s) present __✓__ or Not Present ____ (__✓__ No Payments Made or ___ partial payments)
Attorney for debtor(s) __Geisler_____ (Present __✓__ or Not Present ___)
Date of Plan at § 341: __12-26-18__ Applicable commitment period ___ 3 yrs __✓__ 5 yrs

WA will be filed - no payments yet
Cont to pre-bar concil for payments

FILED
2019 FEB -7 P 1:05
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

_____ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD
                                                _____ Order to Show Cause Requested
                                                _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
        _____ 341 Meeting     OR   __✓__ Conciliation Conf. OR ___ *Contested Hearing
        On __3-28-19_____ at __2:00__ am/pm Location _____

                                                _____
                                                Chapter 13 Trustee/Attorney for Trustee