Case 18-24604-TPA    Doc 38    Filed 04/18/19    Entered 04/18/19 10:30:49    Desc Main
Document    Page 1 of 1

FILED
4/18/19 10:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 18-24604-TPA |
| Scott A. Carmino | : | Chapter: 13 |
| *Debtor(s).* | : | Date: 4/17/2019 |
| | : | Time: 11:00 |

## PROCEEDING MEMO

**MATTER:** #19 Contested Plan dated 12/26/18

**APPEARANCES:**
Debtor: Michael S. Geisler
Trustee: Owen Katz

**NOTES:**

Geisler: I would request dismissal without prejudice. The Debtor is not returning my calls.

Katz: I would dismiss without prejudice; however this is the third case in the last three years.

**OUTCOME:** Case dismissed without prejudice.

(Note: if case refiled there will be a robust interrogation of the Debtor.)

jlm