Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Scott A. Carmino** | : | Case No. 18−24604−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Per April 17, 2019 hearing |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 18th of April, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 18-24604-TPA
Scott A. Carmino                                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jmar                    Page 1 of 1                    Date Rcvd: Apr 18, 2019
                              Form ID: 309                  Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.
db             +Scott A. Carmino,    741 Prince Street,    North Versailles, PA 15137-1137
14989835       +Citizens Bank,    C/O Cenlar, FSB,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
14969441       +Franklin American Mortgage,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
14969442        Global Payment,    P.O. Box 61158,    Chicago, IL 60666
15004586       +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
15021624       +North Versailles Township Sanitary Authority,     1401 Greensburg Ave.,
                 North Versailles, PA 15137-1630
14956310        North Versailles Twp. Sanitary Auth.,    1401 Greensburg Avenue, #4,    Verona, PA 15147
14969444        Santander Consumer USA,    P.O. Box 961425,    Fort Worth, TX 76161
14969445       +Tara Carmino,    741 Prince Street,    North Versailles, PA 15137-1137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14969437       +E-mail/Text: aleasure@autotrakk.com Apr 19 2019 02:21:30      Autotrakk, LLC.,
                 1500 Sycamore Road, Suite 200,    Montoursville, PA 17754-9416
14969438       +EDI: CAPITALONE.COM Apr 19 2019 06:08:00      Capital One,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
14969439       +EDI: CRESCENTBANK.COM Apr 19 2019 06:08:00      Crescent Bank and Trust,
                 5401 Jefferson Highway, Suite D,    New Orleans, LA 70123-4232
14969440       +EDI: AMINFOFP.COM Apr 19 2019 06:08:00      First Premier Bank,    601 S Minnesota Avenue,
                 Sioux Falls, SD 57104-4868
14969443        EDI: PRA.COM Apr 19 2019 06:08:00      Portfolio Recovery Associates,
                 120 Corporate Blvd., Suite 1,    Norfolk, VA 23502
14986544        EDI: PRA.COM Apr 19 2019 06:08:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14975606       +EDI: JEFFERSONCAP.COM Apr 19 2019 06:08:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14976578       +EDI: DRIV.COM Apr 19 2019 06:08:00      Santander Consumer USA Inc.,    PO Box 560284,
                 Dallas, TX 75356-0284
14976577       +EDI: DRIV.COM Apr 19 2019 06:08:00      Santander Consumer USA Inc.,    PO Box 961245,
                 Fort Worth, TX 76161-0244
14983970        EDI: AIS.COM Apr 19 2019 06:08:00      Verizon,    by American InfoSource as agent,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
14969446        EDI: AIS.COM Apr 19 2019 06:08:00      Verizon c/o American Infosource, LP,    P.O. Box 248838,
                 Oklahoma City, OK 73124-8838
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Cenlar as servicer for Citizens Bank, N.A.
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Cenlar as servicer for Citizens Bank, N.A.
               bkgroup@kmllawgroup.com
              Michael S. Geisler    on behalf of Debtor Scott A. Carmino m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4