FILED
5/3/19 4:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| SCOTT A. CARMINO,<br>  Debtor | Case No. 18-24604-TPA |
| | Related to Doc. No. 39 , 42 |
| SCOTT A. CARMINO,<br>  Movant,<br>    vs | |
| 1ST NATL BANK, AUTOTRAKK, CAPITAL ONE, CRESCENT BANK AND TRUST, FIRST PREMIER BANK, FRANKLIN AMERICAN MORTGAGE COMPANY, FRANKLIN AMERICAN MORTGAGE, GLOBAL PAYMENTS, INC., NORTH VERSAILLES SANITARY DEPARTMENT, PORTFOLIO RECOVERY ASSOCIATES, LLC., PREMIER BANKCARD, LLC., SANTANDER CONSUMER USA, SANTANDER CONSUMER USA and VERIZON,<br>  Respondents | |

## ORDER OF COURT

AND NOW, this __3rd__ day of _____May_____, 2019, upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED, that the dismissal of this case is hereby reconsidered and vacated.

_____
Thomas P. Agresti, Judge    jlm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 18-24604-TPA
Scott A. Carmino                                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 1              Date Rcvd: May 03, 2019
                              Form ID: pdf900         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2019.
```
db              +Scott A. Carmino,    741 Prince Street,    North Versailles, PA 15137-1137
14989835        +Citizens Bank,    C/O Cenlar, FSB,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
14969440        +First Premier Bank,    601 S Minnesota Avenue,    Sioux Falls, SD 57104-4868
14969441        +Franklin American Mortgage,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
14969442         Global Payment,    P.O. Box 61158,    Chicago, IL 60666
15004586        +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
15021624        +North Versailles Township Sanitary Authority,    1401 Greensburg Ave.,
                  North Versailles, PA 15137-1630
14956310         North Versailles Twp. Sanitary Auth.,    1401 Greensburg Avenue, #4,    Verona, PA 15147
14969444         Santander Consumer USA,    P.O. Box 961425,    Fort Worth, TX 76161
14976578        +Santander Consumer USA Inc.,    PO Box 560284,    Dallas, TX 75356-0284
14976577        +Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX 76161-0244
14969445        +Tara Carmino,    741 Prince Street,    North Versailles, PA 15137-1137
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14969437        +E-mail/Text: aleasure@autotrakk.com May 04 2019 02:23:52      Autotrakk, LLC.,
                  1500 Sycamore Road, Suite 200,    Montoursville, PA 17754-9416
14969438        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 04 2019 02:28:48      Capital One,
                  P.O. Box 30281,    Salt Lake City, UT 84130-0281
14969439        +E-mail/Text: bankruptcy@cbtno.com May 04 2019 02:23:55      Crescent Bank and Trust,
                  5401 Jefferson Highway, Suite D,    New Orleans, LA 70123-4232
14969443         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 04 2019 02:28:14
                  Portfolio Recovery Associates,    120 Corporate Blvd., Suite 1,    Norfolk, VA 23502
14986544         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 04 2019 02:28:32
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14975606        +E-mail/Text: JCAP_BNC_Notices@jcap.com May 04 2019 02:23:26      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14983970         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 04 2019 02:28:55      Verizon,
                  by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
14969446         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 04 2019 02:28:36
                  Verizon c/o American Infosource, LP,    P.O. Box 248838,    Oklahoma City, OK 73124-8838
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Cenlar as servicer for Citizens Bank, N.A.
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor   Cenlar as servicer for Citizens Bank, N.A.
               bkgroup@kmllawgroup.com
              Michael S. Geisler    on behalf of Debtor Scott A. Carmino m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```