IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Case No.: **18-24604-TPA** |
| **SCOTT A. CARMINO,** | : Judge Thomas P. Agresti |
| SSN: XXX-XX-8108 | : |
| *Debtor*, | : Chapter 13 |
| ================================== | : Related to Doc. Nos. 41 and 44 |
| **SCOTT A. CARMINO** | : |
| *Movant*, | : |
| vs. | : |
| **SCHINDLER ELEVATOR** | : |
| **CORPORATION,** | : |
| | : |
| *Respondent,* | : |

<u>**CERTIFICATE OF SERVICE**</u>
<u>**OF ORDER TO PAY TRUSTEE DATED 5/3/2019**</u>

     I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtor, hereby certify that I have served a true and correct copy of the *Order to Pay Trustee dated 5/3/2019 along with the Notification of Debtor's Social Security Number*, upon the following by U.S. First Class Mail, postage prepaid:

SCHINDLER ELEVATOR CORPORATION
Attn: Payroll Manager
20 Whippany Road, P.O. Box 1935
Morristown, NJ 07662-1935


DATED: 5/7/2019

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtor

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-Mail: m.s.geisler@att.net