FILED
5/8/19 3:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

SCOTT A. CARMINO           :    Case No. 18-24604-TPA
    *Debtor*           :    Chapter 13
                      :
                      :    Hearing: June 27, 2019 at 2:30 P. M.

## ORDER

*AND NOW*, this **6th** day of *May, 2019,* in light of the Order granting Motion to Reconsider Dismissal of Case dated May 3, 2019,

It is hereby ***ORDERED, ADJUDGED and DECREED*** that a conciliation conference on the ***Chapter 13 Plan*** dated December 26, 2018 is scheduled for ***June 27, 2019*** at ***2:30 P.M.*** at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh PA 15219.

_____
Thomas P. Agresti, Judge    jlm
United States Bankruptcy Court

Case Administrator to Serve:
    All Creditors and Parties in Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Scott A. Carmino
    Debtor

Case No. 18-24604-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: jmar     Page 1 of 1     Date Rcvd: May 06, 2019
                     Form ID: pdf900     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2019.

```
db             +Scott A. Carmino,    741 Prince Street,    North Versailles, PA 15137-1137
14989835       +Citizens Bank,   C/O Cenlar, FSB,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
14969440       +First Premier Bank,    601 S Minnesota Avenue,    Sioux Falls, SD 57104-4868
14969441       +Franklin American Mortgage,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
14969442        Global Payment,    P.O. Box 61158,    Chicago, IL 60666
15004586       +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
15021624       +North Versailles Township Sanitary Authority,    1401 Greensburg Ave.,
                 North Versailles, PA 15137-1630
14956310        North Versailles Twp. Sanitary Auth.,    1401 Greensburg Avenue, #4,    Verona, PA 15147
14969444        Santander Consumer USA,    P.O. Box 961425,    Fort Worth, TX 76161
14976578       +Santander Consumer USA Inc.,    PO Box 560284,    Dallas, TX 75356-0284
14976577       +Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX 76161-0244
14969445       +Tara Carmino,    741 Prince Street,    North Versailles, PA 15137-1137
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14969437       +E-mail/Text: aleasure@autotrakk.com May 07 2019 03:06:55      Autotrakk, LLC.,
                 1500 Sycamore Road, Suite 200,   Montoursville, PA 17754-9416
14969438       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 07 2019 03:14:48      Capital One,
                 P.O. Box 30281,   Salt Lake City, UT 84130-0281
14969439       +E-mail/Text: bankruptcy@cbtno.com May 07 2019 03:06:58      Crescent Bank and Trust,
                 5401 Jefferson Highway, Suite D,   New Orleans, LA 70123-4232
14969443        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2019 03:14:50
                 Portfolio Recovery Associates,   120 Corporate Blvd., Suite 1,   Norfolk, VA 23502
14986544        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2019 03:27:55
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14975606       +E-mail/Text: JCAP_BNC_Notices@jcap.com May 07 2019 03:06:28      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
14983970        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 07 2019 03:14:56      Verizon,
                 by American InfoSource as agent,   PO Box 248838,   Oklahoma City, OK 73124-8838
14969446        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 07 2019 03:14:31
                 Verizon c/o American Infosource, LP,   P.O. Box 248838,   Oklahoma City, OK 73124-8838
                                                                                             TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Cenlar as servicer for Citizens Bank, N.A.
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2019 at the address(es) listed below:

```
              James Warmbrodt    on behalf of Creditor    Cenlar as servicer for Citizens Bank, N.A.
               bkgroup@kmllawgroup.com
              Michael S. Geisler    on behalf of Debtor Scott A. Carmino m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```