# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:**  SCOTT A. CARMINO
**Case Number:**  18-24604-TPA      **Chapter:**  13
**Date / Time / Room:**  THURSDAY, OCTOBER 03, 2019 03:00 PM   3251 US STEEL
**Hearing Officer:**  CHAPTER 13 PGH TRUSTEE

### *Matter:*

#19 - Final Confirmation of Plan Dated  12/26/18 NFC
**R / M #:**  19 / 0

### *Appearances:*

Debtor:  Gerstner
Trustee:  Winnecour / Pail / (Katz) / DeSimone

Creditor:

### *Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____ .
    A hearing on the Amended Plan is set  for _____ at _____.

9. ✓ Contested Hearing:  10/23/19 at  12:00 noon
10. _____ Other:

**Handwritten note (right margin):** 0% to unsecured creditors. means test indicates its possable increase of $153/month. POT for UNS should be at least $9180 Based on Test.

*For Judge Agresti cases:*
Student Loan Debt:  If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: _____

## FILED

OCT 0 4 2019

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

**Handwritten note (bottom):** Budget includes MISC expenses and separate expenses for a NFS who apparently does not work. Good faith issue