Case 18-24604-TPA    Doc 56    Filed 10/28/19    Entered 10/28/19 15:23:05    Desc Main
Document    Page 1 of 1

FILED
10/28/19 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-24604-TPA |
| Scott A. Carmino | : | Chapter: | 13 |
| *Debtor(s).* | : | Date: | 10/23/2019 |
| | : | Time: | 12:00 |

## PROCEEDING MEMO

**MATTER:**    #19 Contested Plan dated 12/26/2018

**APPEARANCES:**
    Debtor:     Michael S. Geisler
    Trustee:    Kate DiSimone

**NOTES:**

DiSiimone:    Zero percent plan. Means Test shows $9,100. Expenses for non-filing spouse. $2720 is current payment. $150 more is needed.

Geisler:    A wage attachment is in place, paying $2,600. Background given (1:01)

**OUTCOME:**    Continued to 11/20/19 at 11am in Ctrm C.  (1:04)
Chambers to issue Order.

jlm