FILED
10/28/19 3:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| SCOTT A. CARMINO | : | Case No. 18-24604-TPA |
| Debtor | : | Chapter 13 |
| | : | Related to Doc. No. 19 |

## **ORDER**

A hearing was held on October 23, 2019, on the Debtor's contested Plan dated December 26, 2018. The Chapter 12 Trustee states that there is a zero return for unsecured creditors however the Mean Test shows a return is possible in the approximate amount of $9,100. Expenses for the non-filing spouse are listed on the Schedules however no income is included. The plan payment would need to increase to a total of $2,873 per month in order to provide for a return for the unsecured creditors. Counsel for the Debtor states he does not have authority to agree to the increased plan payment and therefore,

*AND NOW*, this **28th** day of ***October, 2019***, it is hereby **ORDERED, ADJUDGED and DECREED** that a continued hearing on this matter is scheduled for ***November 20, 2019 at 11:00 A.M.*** in Courtroom C, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. The Debtor, *Scott A. Carmino*, and the non-filing spouse, *Tara Carmino*, shall personally appear at the hearing.

1

In the event the Debtor agrees to the increased Plan payment in the amount of $2,873, upon notice by Debtor's Counsel, the Plan payment will increase to $2,873 beginning with the November, 2019 Plan payment and the continued hearing scheduled above will be cancelled.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Ronda Winnecour, Esq.
    Debtor
    Counsel for the Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-24604-TPA
Scott A. Carmino                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 1              Date Rcvd: Oct 28, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2019.
db            +Scott A. Carmino,    741 Prince Street,    North Versailles, PA 15137-1137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Cenlar as servicer for Citizens Bank, N.A.
               bkgroup@kmllawgroup.com
              Michael S. Geisler    on behalf of Debtor Scott A. Carmino m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4