IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/6/19 3:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-24604-TPA |
| | : | | |
| Scott A. Carmino | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 11/20/2019 |
| | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER:**   #19 Cont. Contested Plan dated 12/26/18
*(Debtor and Tara Carmino to personally appear)*

**APPEARANCES:**
Debtor:   Michael S. Geisler
Trustee:   Jana Pail

**NOTES:**

Geisler:   We consent to the increase.

Pail:   Claims discrepancies.   (11:23)

**OUTCOME:**   Plan confirmed with changes:   Plan payment increased to $2870 beginning December; North Versailles Twp. and East Allegheny wage tax claims govern; North Versailles Sanitary Authority claim to govern as secured at 9%; Santander to govern as to amount paid in full at modified Plan terms; Crescent Bank to govern as to amount paid in full at modified Plan terms; Citizens Bank to govern.

*[signature]*
ljm