# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>SCOTT A. CARMINO | Case No. 18-24604TPA |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>CRESCENT BANK & TRUST++ | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> THE CREDITOR'S MAILING ADDRESS FOR PAYMENTS IS DEFUNCT ACCORDING TO THE POSTAL SERVICE; TRUSTEE'S REQUESTS FOR CORRECTIVE ACTION HAVE GONE UNANSWERED.

| | |
|---|---|
| CRESCENT BANK & TRUST++<br>PO BOX 1407<br>CHESAPEAKE, VA 23327 | Court claim# 1-2/Trustee CID# 2 |

The Movant further certifies that on 03/24/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc: debtor(s)<br>   original creditor<br>   putative creditor<br>   counsel for debtor(s)<br>   counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| SCOTT A. CARMINO, 741 PRINCE STREET, NORTH VERSAILLES, PA 15137 | MICHAEL S GEISLER ESQ, 201 PENN CENTER BLVD STE 524, PITTSBURGH, PA  15235 |
| ORIGINAL CREDITOR: | : |
| CRESCENT BANK & TRUST++, PO BOX 1407, CHESAPEAKE, VA  23327 | CRESCENT BANK AND TRUST, PO BOX 245, ADDISON, TX  75001-0245 |
| NEW CREDITOR: | |