**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SCOTT A. CARMINO )<br>)<br>Debtor, )<br>)<br>) | Bankruptcy Case No. 18-24604-JAD |

**NOTICE OF ENTRY OF APPEARANCE**

To:   Clerk, United States Bankruptcy Court
      For the Western District of Pennsylvania

Jeffrey T. Morris, Esq. respectfully enters his appearance as attorney for Debtor, Scott A. Carmino, in this case.

                        Respectfully submitted,

                        ELLIOTT & DAVIS, PC

                        By:*/s/ Jeffrey T. Morris*
                        Jeffrey T. Morris, Esquire
                        PA ID #31010
                        6425 Living Pl.
                        Suite 200
                        Pittsburgh, PA 15206
                        morris@elliott-davis.com
                        Tel: (412) 434.4911, ext. 34
                        Fax: (412) 774.2168

DATE:   11/17/2022