IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | |
| SCOTT A. CARMINO ) | Bankruptcy Case No. 18-24604-JAD |
| ) | Chapter 13 |
| Debtors ) | |
| ) | |
| SCOTT A. CARMINO ) | |
| ) | |
| Movants ) | |
| ) | |
| vs. ) | |
| ) | |
| NO RESPONDENT ) | |
| ) | |
| Respondent ) | |
| ) | |

## NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS

1. Debtor(s) propose to cure the plan default as pleaded in the Trustee's Certificate of Default.

2. The cure shall be effected as follows: Debtor will cure the plan default through a lump sum payment equal to the arrearage in the plan payments through partial liquidation of his 401(k).

3. All Objections to the proposed cure must be filed and served by no later than 21 days after the date of this Notice upon the Debtor(s) and Chapter 13 Trustee. Untimely Objections will not be considered. Any creditor who files a timely Objection to the cure must appear at the scheduled Conciliation Conference on the proposed cure.

4. A virtual (via Zoom) Conciliation Conference on the proposed cure will be held on January 12, 2023, at 10:00 a.m., before the Chapter 13 Trustee. The table and meeting I.D., to participate by Zoom (and telephone number and meeting I.D. to participate by telephone if you lack the ability to participate by Zoom), can be found at http://www.ch13pitt.com/calendar/ several days before the meeting. Parties are expected to familiarize themselves with the Trustee's website at http://www.ch13pitt.com/ and to comply with the procedures set forth at that site for conference participation.

RESPECTFULLY SUBMITTED, this 5th day of December 2022.

        Respectfully submitted,

        ELLIOTT & DAVIS, PC

By:*/s/ Jeffrey T. Morris*
    Jeffrey T. Morris, Esquire
    PA ID #31010
    6425 Living Pl.
    Suite 200
    Pittsburgh, PA 15206
    morris@elliott-davis.com
    Tel: (412) 434.4911, ext. 34
    Fax: (412) 774.2168

Attorney for the Debtor