FILED
2/9/23 11:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| **SCOTT A. CARMINO,** *Debtor* | Case No. **18-24604-JAD** |
| **SCOTT A. CARMINO,** *Movant,* vs. | Related to ECF No. 78 |
| **AUTOTRAKK, LLC., CITIZENS BANK, N.A., F/K/A RBS CITIZENS, N.A., CRESCENT BANK AND TRUST, GLOBAL PAYMENT, KEYSTONE COLLECTIONS GROUP, NORTH VERSAILLES TOWNSHIP SANITARY AUTHORITY, PORTFOLIO RECOVERY ASSOCIATES, LLC., PREMIER BANKCARD, LLC., c/o JEFFERSON CAPITAL SYSTEMS LLC., ASSIGNEE, SANTANDER CONSUMER USA INC., VERIZON BY AMERICAN INFOSOURCE AS AGENT,** *Respondents* | Hearing: February 15, 2023 at 10 a.m.  **DEFAULT O/E JAD** |

## ORDER

Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to W.PA.LBR 9010-2(b), it is hereby ORDERED that MICHAEL S. GEISLER, ESQUIRE is GRANTED leave to withdraw from the above-captioned case, and the Clerk shall terminate the corresponding CM/ECF attorney record in this case.

Date: February 9, 2023

JEFFERY A. DELLER
United States Bankruptcy Judge

Case Administrator to serve:
  Debtor
  Michael S. Geisler, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24604-JAD |
| Scott A. Carmino | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 09, 2023 | Form ID: pdf900 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott A. Carmino, 741 Prince Street, North Versailles, PA 15137-1137 |
| 14969441 | + | Franklin American Mortgage, 425 Phillips Blvd., Trenton, NJ 08618-1430 |
| 14969442 | | Global Payment, P.O. Box 61158, Chicago, IL 60666 |
| 15004586 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15021624 | + | North Versailles Township Sanitary Authority, 1401 Greensburg Ave., North Versailles, PA 15137-1630 |
| 14956310 | | North Versailles Twp. Sanitary Auth., 1401 Greensburg Avenue, #4, Verona, PA 15147 |
| 14969444 | | Santander Consumer USA, P.O. Box 961425, Fort Worth, TX 76161 |
| 14969445 | + | Tara Carmino, 741 Prince Street, North Versailles, PA 15137-1137 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14969437 | + | Email/Text: aleasure@autotrakk.com | Feb 09 2023 23:56:00 | Autotrakk, LLC., 1500 Sycamore Road, Suite 200, Montoursville, PA 17754-9416 |
| 14969438 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2023 00:04:33 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14989835 | + | Email/Text: BKelectronicnotices@cenlar.com | Feb 09 2023 23:56:00 | Citizens Bank, C/O Cenlar, FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 15219334 | ^ | MEBN | Feb 09 2023 23:50:55 | Citizens Bank, N.A. f/k/a RBS Citizens, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14969439 | + | Email/Text: bankruptcy@cbtno.com | Feb 09 2023 23:56:00 | Crescent Bank and Trust, 5401 Jefferson Highway, Suite D, New Orleans, LA 70123-4232 |
| 14969440 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 10 2023 00:04:49 | First Premier Bank, 601 S Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14969443 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2023 00:04:51 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 1, Norfolk, VA 23502 |
| 14986544 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2023 00:04:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14975606 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 09 2023 23:56:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14976578 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 09 2023 23:56:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 14976577 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 09 2023 23:56:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 14983970 | | Email/PDF: ebn_ais@aisinfo.com | Feb 10 2023 00:04:49 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14969446 | | Email/PDF: ebn_ais@aisinfo.com | | |

|  | Feb 10 2023 00:05:01 | Verizon c/o American Infosource, LP, P.O. Box 248838, Oklahoma City, OK 73124-8838 |
|---|---|---|

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar as servicer for Citizens Bank, N.A. |
| cr | | Citizens Bank, N.A. f/k/a RBS Citizens, N.A. |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2023          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Cenlar as servicer for Citizens Bank  N.A. bnicholas@kmllawgroup.com |
| Jeffrey T. Morris | on behalf of Debtor Scott A. Carmino morris@elliott-davis.com  jsdm4morris@juno.com |
| Mary F. Kennedy | on behalf of Creditor Citizens Bank  N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, chris.cummins@javardianlaw.com;angie.harrigan@javardianlaw.com |
| Michael S. Geisler | on behalf of Debtor Scott A. Carmino m.s.geisler@att.net msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6