# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| SCOTT A. CARMINO, | : | Bankruptcy No. <u>18-24604-JAD</u> |
| | : | |
| | : | |
| | : | |
| | : | Issued Per The 8/2/2023 |
| | : | Proceeding |
| | : | |
| Debtor(s) | : | Chapter 13 - Related to #19 and 88 |
| _____ | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE
## AND TERMINATING INCOME ATTACHMENT

**AND NOW,** this <u>**2nd**</u> day of <u>**August**</u>, <u>**2023**</u>, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor(s) remain legally liable for all of his/her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

_____sjk
**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

cm:    **All Creditors And All Parties In Interest**

FILED
8/2/23 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00035051

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                       Case No. 18-24604-JAD
Scott A. Carmino                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                   User: auto                                 Page 1 of 2
Date Rcvd: Aug 02, 2023                       Form ID: pdf900                        Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott A. Carmino, 741 Prince Street, North Versailles, PA 15137-1137 |
| 14969441 | + | Franklin American Mortgage, 425 Phillips Blvd., Trenton, NJ 08618-1430 |
| 14969442 | | Global Payment, P.O. Box 61158, Chicago, IL 60666 |
| 15004586 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15021624 | + | North Versailles Township Sanitary Authority, 1401 Greensburg Ave., North Versailles, PA 15137-1630 |
| 14956310 | | North Versailles Twp. Sanitary Auth., 1401 Greensburg Avenue, #4, Verona, PA 15147 |
| 14969444 | | Santander Consumer USA, P.O. Box 961425, Fort Worth, TX 76161 |
| 14969445 | + | Tara Carmino, 741 Prince Street, North Versailles, PA 15137-1137 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14969437 | + | Email/Text: aleasure@autotrakk.com | Aug 03 2023 05:19:00 | Autotrakk, LLC., 1500 Sycamore Road, Suite 200, Montoursville, PA 17754-9416 |
| 14969438 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 03 2023 05:21:39 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14989835 | + | Email/Text: BKelectronicnotices@cenlar.com | Aug 03 2023 05:19:00 | Citizens Bank, C/O Cenlar, FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 15219334 | ^ | MEBN | Aug 03 2023 05:15:19 | Citizens Bank, N.A. f/k/a RBS Citizens, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14969439 | + | Email/Text: bankruptcy@cbtno.com | Aug 03 2023 05:19:00 | Crescent Bank and Trust, 5401 Jefferson Highway, Suite D, New Orleans, LA 70123-4232 |
| 14969440 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 03 2023 05:21:39 | First Premier Bank, 601 S Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14969443 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2023 05:21:42 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 1, Norfolk, VA 23502 |
| 14986544 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 03 2023 05:21:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14975606 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 03 2023 05:19:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14976578 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 03 2023 05:19:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 14976577 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 03 2023 05:19:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 14983970 | | Email/PDF: ebn_ais@aisinfo.com | Aug 03 2023 05:21:39 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14969446 | | Email/PDF: ebn_ais@aisinfo.com | | |

| | Aug 03 2023 05:21:42 | Verizon c/o American Infosource, LP, P.O. Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar as servicer for Citizens Bank, N.A. |
| cr | | Citizens Bank, N.A. f/k/a RBS Citizens, N.A. |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 04, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Cenlar as servicer for Citizens Bank  N.A. bnicholas@kmllawgroup.com |
| Jeffrey T. Morris | on behalf of Debtor Scott A. Carmino Jeff@jeffreymorrislaw.com  jsdm4morris@juno.com |
| Mary F. Kennedy | on behalf of Creditor Citizens Bank  N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5