**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| SCOTT A. CARMINO | Case No.:18-24604 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/28/2018 and confirmed on 08/15/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 102,738.32 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 102,733.32 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,800.00 | |
|     Trustee Fee | 4,663.19 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,463.19 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CITIZENS BANK NA | 0.00 | 49,544.87 | 0.00 | 49,544.87 |
|   Acct: 8294 | | | | |
| CITIZENS BANK NA | 39,993.03 | 15,847.31 | 0.00 | 15,847.31 |
|   Acct: 8294 | | | | |
| N VERSAILLES TWP SANITARY AUTH | 3,744.51 | 1,260.23 | 1,245.14 | 2,505.37 |
|   Acct: 4353 | | | | |
| CRESCENT BANK & TRUST | 6,725.00 | 6,725.00 | 613.99 | 7,338.99 |
|   Acct: 5087 | | | | |
| SANTANDER CONSUMER USA | 17,825.00 | 17,825.00 | 1,898.59 | 19,723.59 |
|   Acct: 2224 | | | | |
| | | | | 94,960.13 |
| **Priority** | | | | |
| JEFFREY T MORRIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| SCOTT A. CARMINO | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| SCOTT A. CARMINO | 5.00 | 5.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 18-24604 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL S GEISLER ESQ | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EAST ALLEGHENY SD (N VERSAILLES) (E | 314.48 | 0.00 | 0.00 | 0.00 |
| Acct: 8108 | | | | |
| NORTH VERSAILLES TWP (EIT) | 314.46 | 0.00 | 0.00 | 0.00 |
| Acct: 8108 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXX4TPA | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
| AUTO TRAKK LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9121 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0408 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 924.75 | 0.00 | 0.00 | 0.00 |
| Acct: 6431 | | | | |
| GLOBAL PAYMENTS CHECK SERVICES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4103 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 749.69 | 0.00 | 0.00 | 0.00 |
| Acct: 0788 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 316.44 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| CRESCENT BANK & TRUST | 6,971.12 | 0.00 | 0.00 | 0.00 |
| Acct: 5087 | | | | |
| SANTANDER CONSUMER USA | 8,020.91 | 0.00 | 0.00 | 0.00 |
| Acct: 2224 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TARA CARMINO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARY F KENNEDY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | 95,270.13 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 938.94 | |
| SECURED | 68,287.54 | |
| UNSECURED | 16.982.91 | |

Date: 09/07/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com